UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CIV-20941-WILLIAMS

OSCAR PORTO-LEBRON,

    Plaintiff,

v.

PETER'S PLUMBING, INC,

    Defendant.

_____/

### ORDER

**THIS MATTER** is before the Court on Magistrate Judge Chris M. McAliley's Report and Recommendation (DE 18) ("***Report***") on the Amended Motion for Default Judgment filed by Plaintiff (DE 16) ("***Motion***"). No objections were filed to the Report—and Plaintiff filed a Notice of Non-Objection to the Report (DE19)—which recommends the Court grant the Motion in part, and enter final judgment in favor of Plaintiff Oscar Porto-Lebron and against Defendant Peter's Plumbing, Inc. in the amount of $4,927.00. (DE 18 at 9–10.) Upon a careful review of the Report, the Motion, and the record, it is **ORDERED AND ADJUDGED** that:

1. Judge McAliley's Report (DE 18) is **AFFIRMED AND ADOPTED**;
2. Plaintiff's Motion (DE 16) is **GRANTED IN PART AND DENIED IN PART**;
3. Final judgment is **ENTERED** in favor of Plaintiff Oscar Porto-Lebron and against Defendant Peter's Plumbing, Inc. in the amount of $4,927.00; and
4. The Clerk is directed to **CLOSE** the case.

  **DONE AND ORDERED** in Chambers in Miami, Florida, this <u>2nd</u> day of November, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE